

**CHAMBERS OF**
**VALERIE BAKER FAIRBANK**
**UNITED STATES DISTRICT JUDGE**



TEL (213) 894-0006



May 11, 2009

Judge Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: **Amendment to Calendar Year 2007 Filing**

Dear Judge Smith,

I am amending my 2007 Financial Disclosure Report as follows:

1. Part VII, page 4, line 7 though page 5, line 18 should be amended under Section D to reflect transfers on 7-13-07. As indicated in the note in Section VIII of the 2008 Report, Filer's investments in the County of Los Angeles Savings Plan Funds were transferred to the Federal Thrift Savings Plan on July 13, 2007. Also, there were inadvertent errors in the income and estimated value amounts listed for item #37, ██████ Apartments (Menlo Park, CA). Thus, my 2007 Report should be amended as follows:

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting Period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 7. County of L.A. Savings Plan Funds (Retmt): | | | | | Transfer | 7-13-2007 | | | |
| 8. -Conservative Pre-Assembled Portfolio | | | | | Transfer | 7-13-2007 | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9. –MFS Instl. Intl. Equity | | | | | Transfer | 7-13-2007 | | | |
| 10. –ICM Small Company | | | | | Transfer | 7-13-2007 | | | |
| 11. –T.Rowe Price New Horizon | | | | | Transfer | 7-13-2007 | | | |
| 12. –Bernstein U.S. Diversified Value Fund | | | | | Transfer | 7-13-2007 | | | |
| 13. –ICAP Equity Portfolio | | | | | Transfer | 7-13-2007 | | | |
| 14. –SSGA S&P Flagship Series Fund C | | | | | Transfer | 7-13-2007 | | | |
| 15. –TCW Concentrated Core Equities Fund | | | | | Transfer | 7-13-2007 | | | |
| 16. –Dodge & Cox Balanced Fund | | | | | Transfer | 7-13-2007 | | | |
| 17. –City National Bank Fund | | | | | Transfer | 7-13-2007 | | | |
| 18. –Stable Value Fund | | | | | Transfer | 7-13-2007 | | | |
| 37. ███ Apartments (Menlo Park, CA) | D | Dividend | M | W | | | | | |

If you have any questions or wish additional information, please advise. Thank you.



Valerie Baker Fairbank

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Fairbank, Valerie B. | **2. Court or Organization**<br><br>USDC, Central District of California | **3. Date of Report**<br><br>05/11/2009 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active status) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2008<br>to<br>12/31/2008 |
| **7. Chambers or Office Address**<br><br>312 North Spring Street<br>Courtroom 9<br>Los Angeles, CA 90012 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 13 A 11:07
RECEIVED
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Fairbank, Valerie B. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| · 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-employed, lawyer, law partnership |
| 2. 2008 | University of Southern California (USC) Gould School of Law, Teaching |
| 3. 2008 | The Rutter Group (West Publishing), royalties (for book authorship) |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fairbank, Valerie B. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   American Funds: | | | | | | | | | |
| 2.   -The Cash Management Trust of America | A | Dividend | J | T | | | | | |
| 3.   -The Growth Fund of America (IRA) | A | Dividend | K | T | | | | | |
| 4.   -The Bond Fund of America (IRA) | B | Dividend | K | T | | | | | |
| 5.   -Capital World Growth & Income Funds A, B (IRA) | B | Dividend | J | T | | | | | |
| 6.   Bank of America (checking account) | A | Interest | J | T | | | | | |
| 7.   County of L.A. Savings Plan Funds (Retm t)*: (Y) | | | | | | | | | |
| 8.   -Conservative Pre-Assembled Portfolio (Y) | | | | | | | | | |
| 9.   -MFS Instl. Intl. Equity (Y) | | | | | | | | | |
| 10.   -ICM Small Company (Y) | | | | | | | | | |
| 11.   -T.Rowe Price New Horizon (Y) | | | | | | | | | |
| 12.   -Bernstein U.S. Diversified Value Fund (Y) | | | | | | | | | |
| 13.   -ICAP Equity Portfolio (Y) | | | | | | | | | |
| 14.   -SSGA S&P Flagship Series Fund C (Y) | | | | | | | | | |
| 15.   -TCW Concentrated Core Equities Fund (Y) | | | | | | | | | |
| 16.   -Dodge & Cox Balanced Fund (Y) | | | | | | | | | |
| 17.   -City National Bank Fund (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fairbank, Valerie B. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Stable Value Fund (Y) | | | | | | | | | |
| 19. Bank of America (checking accounts) | A | Interest | L | T | | | | | |
| 20. Bank of America Certificates of Deposit | A | Interest | K | T | | | | | |
| 21. Schwab Accounts: | | | | | | | | | |
| 22. -Schwab Money Market | E | Dividend | N | T | | | | | |
| 23. -Capital One Financial (common stock) | D | Dividend | M | T | | | | | |
| 24. -Schwab S&P 500 Index Fund | C | Dividend | L | T | | | | | |
| 25. -Schwab S&P 500 Index Fund | | | | | Buy | 10/17 | L | | |
| 26. -Schwab S&P 500 Index Fund | | | | | Buy | 10/22 | K | | |
| 27. -Schwab S&P 500 Index Fund | | | | | Buy | 10/24 | K | | |
| 28. ███ Apartments (Menlo Park, CA) | D | Dividend | M | W | | | | | |
| 29. TIAA-CREF | F | Distribution | M | T | | | | | |
| 30. Vanguard European Stock Index Fund Admiral Shares | D | Dividend | L | T | | | | | |
| 31. Putnam Global Equity Fund- A | A | Dividend | K | T | | | | | |
| 32. Retirement Fund (Schwab): | | | | | | | | | |
| 33. -Capital One Financial (common stock) | C | Dividend | L | T | | | | | |
| 34. -Schwab Money Market | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fairbank, Valerie B. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Schwab S&P 500 Index Fund | B | Dividend | L | T | Buy | 10/08 | K | | |
| 36.  -Schwab 1000 Index Fund | A | Dividend | K | T | | | | | |
| 37.  -Vanguard Financials | B | Dividend | L | T | | | | | |
| 38.  -Vanguard Financials | | | | | Buy | 01/28 | L | | |
| 39.  -Vanguard Financials | | | | | Buy | 06/25 | K | | |
| 40.  Retirement Fund: | | | | | | | | | |
| 41.  -Capital One Financial (common stock) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. As indicated by the "(Y)" on lines 7 through 18 in Section VII of this Filing, there should be an amendment of the previous Filing for 1/1/2007 through 12/31/2007 to clarify that the investments listed here on page 4, line 7 through page 5, line 18 were transferred on July 13, 2007 from Filer's investment in the County of L.A. Savings Plan Funds (retirement) to the Federal Thrift Savings Plan. The transfer was for equivalent value. (A separate letter has been sent amending the Calendar Year 2007 Filing.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544